IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIGIMEDIA TECH, LLC, | |
| Plaintiff, | CIVIL ACTION |
| v. | NO. 1:24-cv-00767-MN |
| HOMEAWAY.COM, INC., | |
| Defendant. | **Jury Trial Demanded** |

## JOINT NOTICE OF SETTLEMENT AND MOTION TO CONTINUE STAY

Plaintiff DigiMedia Tech, LLC ("Plaintiff") and Defendant HomeAway, Inc. ("Defendant"), by and through their respective counsel, hereby jointly update the Court regarding the parties' agreement in principle that would resolve all matters in controversy between the parties.

The parties continue to work toward finalizing the agreement in principle. To permit them time to do so and to file appropriate dismissal papers without incurring additional expenses or consuming the Court's resources, the parties respectfully request that the Court stay this matter for an additional period of thirty (30) days. Should the parties not fully resolve this matter within that period, the parties shall file a status report providing the Court with an update concerning the status of this matter.

Dated: January 14, 2025

RICHARDS, LAYTON & FINGER, P.A.

/s/ Kelly E. Farnan
Kelly E. Farnan (#4395)
Sara M. Metzler (#6509)
Edmond S. Kim (#6835)
One Rodney Square

STAMOULIS & WEINBLATT LLC

/s/ Richard C. Weinblatt
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
800 N. West Street, Third Floor
Wilmington, DE 19801

920 N. King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com
metzler@rlf.com kim@rlf.com

Jeffrey J. Catalano
SMITH, GAMBRELL & RUSSELL, LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60622
(312) 360-6000
jcatalano@sgrlaw.com

John P. Moy
SMITH GAMBRELL & RUSSELL, LLP
1055 Thomas Jefferson Street, NW
Suite 400 Washington, DC 20007
(202) 263-4300
jmoy@sgrlaw.com

*Attorneys for Defendant Homeaway.com*

Telephone: (302) 999-1540
Facsimile: (302) 762-1688
stamoulis@swdelaw.com
weinblatt@swdelaw.com

OF COUNSEL:

Cortney S. Alexander
KENT & RISLEY LLC
5755 N Point Pkwy, Suite 57
Alpharetta, GA  30022
dankent@kentrisley.com
cortneyalexander@kentrisley.com

Counsel for Plaintiff
DigiMedia Tech LLC

**IT IS SO ORDERED** this ___ day of January, 2025.

_____

The Honorable Maryellen Noreika
United States District Judge